# Doe *ex dem* Wilson *v.* Hammond, *et al.*

## *Ejectment.*

(Decided Feb. 17, 1906.  40 So. Rep. 344.)

APPEAL from Cleburne Circuit Court.
Heard before Hon. JOHN PELHAM.
BLACKWELL & AGEE, for appellants.
KNOX, ACKER & BLACKMON and McCARTY & MERRILL,
for appellee.
Affirmed.
Opinion by HARALSON, J.

DOWDELL, SIMPSON, ANDERSON and DENSON, JJ., con-
cur.

---

# Clisby *v.* Clisby.

## *Bill for Construction of Trust.*

(Decided Feb. 17, 1906.  40 So. Rep. 344.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES A. SENN.
MORRIS LOVEMAN, for appellant.
TILLMAN, GRUB, BRADLEY & MORROW, for appellee.
Affirmed.
Opinion by TYSON, J.

DOWDELL, ANDERSON and DENSON, JJ., concur.

---

# Moore *v.* State.

## *Murder.*

(Decided Feb. 17, 1906.  40 So. Rep. 345.)

APPEAL from Tallapoosa Circuit Court.
Heard before Hon. A. H. ALSTON.
THOMAS L. BULGER, for appellant.
MASSEY WILSON, Attornel General, for the State.
Affirmed.
Opinion by DOWDELL, J.

HARALSON, SIMPSON, ANDERSON and DENSON, JJ., con-
cur.